

FILED
JAN - 9 2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR - 07-01085-DDP |
| --- | --- | --- |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Mario Flores-Ramirez | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the  C.D.C.A.  involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

        The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: Prior convictions for burglary and driving under the influence and arrests for burglary and robbery.

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: Prior conviction under 8 U.S.C. §1326, multiple returns to native country, outstanding bench warrant

IT IS ORDERED defendant be detained.

DATED: 1/9/09

_____
U.S. MAGISTRATE/DISTRICT JUDGE